Gunnar B. Fremuth, Plaintiff-Respondent, 
against
David B. Parshall, Defendant-Appellant.



Defendant appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Joan M. Kenney, J.), entered on or about January 11, 2018, after trial, in favor of plaintiff and awarding him damages in the principal sum of $4,849.




Per Curiam.
Judgment (Joan M. Kenney, J.), entered on or about January 11, 2018, affirmed, without costs.
A judgment rendered in the Small Claims Part of the Civil Court will be sustained on appeal unless it is shown that "substantial justice has not been done between the parties according to the rules and principles of substantive law" (CCA 1804, 1807). Applying that limited standard of review in the matter at bar, we find no basis to disturb the court's credibility-based determination that defendant breached the parties' oral agreement when he failed to reimburse plaintiff for a portion of the legal fees incurred in connection with the resolution of a management dispute within their investment firm. Particularly in the context of small claims cases, the decision of the fact-finding court is entitled to deference where, as here, it rests in large measure on considerations relating to the credibility of witnesses (see Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: December 14, 2018